IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MANRIQUE-LUQUE,<br>    Petitioner,<br><br>    v.<br><br>J.L. JAMISON, et al.,<br>    Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 25-cv-07332 |

## ORDER

**AND NOW**, this 29th day of December, 2025, at 12:00 p.m., upon consideration of Petitioner's Motion for a Temporary Restraining Order (ECF No. 2) it is hereby **ORDERED** that said Motion is **GRANTED** as follows:

1. To prevent Petitioner from suffering irreparable injury in the nature of deportation, Respondents are **ENJOINED** from removing or transferring Petitioner from the Eastern District of Pennsylvania.

2. Respondents shall file any opposition to the request for preliminary injunctive relief on or before **Friday, January 2, 2026**.

3. A video status conference on said Motion will be held before the Court on **Tuesday, January 6, 2026 at 11:00 a.m.** Counsel shall appear by video and will be notified by Chambers staff via email with video links and instructions on how to participate remotely.

4. Petitioner's Motion for a Temporary Restraining Order is denied in all other respects.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**