# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MANRIQUE-LUQUE,<br>Petitioner, | : <br> : <br> : | CIVIL ACTION <br><br> No. 25-cv-07332 |
| v. | : <br> : | |
| J.L. JAMISON, et al.,<br>Respondents. | : | |

## ORDER

AND NOW, this 6th day of March, 2026, upon consideration of Petitioner's Motion for Attorney Fees (ECF No. 10), it is hereby **ORDERED** that the Government shall file a response within fourteen (14) days from the date of this Order.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**