IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE MANRIQUE-LUQUE        :
       :
       *Plaintiffs,*        :        Civil Action No.  25-cv-7332
       :
       v.        :
       :
J. L. JAMISON, *in his official capacity as*    :
*Warden of Federal Detention Center,*    :
*Philadelphia, et al.*        :
       :
       *Respondents.*        :

**Stipulation Extending the Time for the
Government to Respond to the Complaint**

Petitioner Manrique-Luque and Respondents (together "the Government"),

stipulate as follows:

1. On March 5, 2026, Petitioner filed a motion for attorney fees under the Equal

   Access to Justice Act. *See* Dkt 10.

2. The Government's current deadline to respond to the motion is therefore

   March 20, 2026.

3. The parties have agreed that the Respondents' time to respond to the motion

   shall be enlarged by 21 days from March 20, 2026 to April 10, 2026.

4. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the

   submission of this stipulation with their electronic signatures below.

Dated: March 20, 2026

So stipulated,

LAW OFFICE OF JOSE C. CAMPOS

DAVID METCALF
United States Attorney

/s/ *Jose C. Campos*
JOSE C. CAMPOS
251 E. Broad St.
Bethlehem, PA 18018
Jc@jccamposlaw.com
610-868-2230

/s/ *Neelima Vanguri*
NEELIMA VANGURI
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Neelima.vanguri@usdoj.gov
215-861-8334

*Attorney for Plaintiff*

*Counsel for Defendants*

**SO ORDERED:**

/s/ John Milton Younge

Honorable John Milton Younge
United States District Judge

Date:  March 20, 2026